JERRY PERSKY
California State Bar No. 96574
5657 Wilshire Boulevard, Suite 410
Los Angeles, California 90036
Telephone No.  (323) 938-4000
Facsimile No.   (323) 938-4068
E-mail address: jpersky48@aol.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CHARLES LANGFORD,                    )    NO.  CV 11-4987 AGR
                                     )
              Plaintiff,             )    ORDER AWARDING EAJA
                                     )    ATTORNEY FEES
        v.                           )
                                     )
MICHAEL J. ASTRUE   ,                )
COMMISSIONER OF SOCIAL               )
SECURITY ADMINISTRATION,             )
                                     )
              Defendant.             )
_____)

        Based upon the parties' Stipulation for the Award and Payment of Equal

Access to Justice Act (EAJA) fees, IT IS ORDERED that Plaintiff shall be awarded

attorney fees under the EAJA in the amount of four thousand two hundred seventy

five dollars and no cents ($4,275..00), as authorized by 28 U.S.C. §2412(d), subject

to the terms of the above-referenced Stipulation.  Any payment shall be delivered to

Plaintiff's counsel.


DATED: July 20, 2012          _____

                              UNITED STATES MAGISTRATE JUDGE

1